SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HESHAM SAIF NAGI,<br><br>              Plaintiff,<br><br>    v.<br><br>ROBERT MUELLER, III, Director,<br>Federal Bureau of Investigation, (FBI);<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, (DHS);<br>EMILIO GONZALES, Director, U.S.<br>Citizenship and Immigration Services (USCIS);<br>DAVID N. STILL, District Director, USCIS;<br>TERRY RICE, San Francisco Field Office<br>Director, USCIS,<br><br>              Defendants. | No. C 07-2390 JCS<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    Further, Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services

Stipulation to Dismiss and Consent
C07-2390 JCS                     1

is now prepared to grant Plaintiff's application for naturalization, and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: June 28, 2007                    /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: June 28. 2007                    /s/
ELIAS Z. SHAMIEH
DINA M. SOKHN
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 23, 2007

JOSEPH
United St
*Judge Joseph C. Spero*

Stipulation to Dismiss and Consent
C07-2390 JCS                           2